UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHAOYUE ZHAO,<br><br>        Defendant. | CASE NO. MJ20-784<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged in the Southern District of New York with conspiracy to commit money laundering. The United States argued and the Court agrees that defendant poses a serious risk of flight. Defendant is a citizen of the People's Republic of China. If he is convicted as charged, he will, in all likelihood, be removed or deported from this country. Defendant's ties to the country are unclear. He claims to have resided in the New York City area for a number of years but was unable to provide the address of his residence there. He has an adult son who lives in New York but the son indicates minimal contact with defendant, and lacks knowledge about defendant's residence. Defendant indicated he has been in the Seattle area for several months

DETENTION ORDER - 1

living with a friend but also was unable to provide the address of his friend's residence. The government also proffered that defendant's international travel records indicate he has the ability to leave and enter the country without the use of his passport. This indicates he either possesses other unknow travel documents, travels under other identities, or has the ability to cross the border without lawful inspection.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 11th day of December, 2020.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2